UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY FRANCIS FISHER,
aka GARY DALE BARGER,

    Plaintiff,

    v.

JUDGE CLARK, et al.,

    Defendants.

Case No. 13-cv-05244-WHO (PR)

**ORDER OF TRANSFER**

This federal civil rights action is hereby TRANSFERRED to the Central District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in Ventura County, which is in the Central District. *See* 28 U.S.C. §§ 84(c), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** November 21, 2013

WILLIAM H. ORRICK
United States District Judge